# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
       §
Marnell W Love  §   Case No. 13-05829
       §
       Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
      . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/STEVEN R. RADTKE_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-05829 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Marnell W Love | | | | Date Filed (f) or Converted (c): | 02/15/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/08/2013 |
| For Period Ending: | 03/10/2014 | | | | Claims Bar Date: | 11/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence - 2105 S 12Th Avenue, Maywood Illino | 70,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Abandoned Timeshare (Pursuant To 2005 Divorce Decress Proper | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Checking - Pnc Bank | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Checking - Citibank | 350.00 | 0.00 | OA | 0.00 | FA |
| 5. Checking - Citibank (Titled In Love To Help Accounting, Inc) | 150.00 | 0.00 | OA | 0.00 | FA |
| 6. Savings - Regents Bank | 20.00 | 0.00 | OA | 0.00 | FA |
| 7. Personal Possessions In Home | 2,000.00 | 920.00 | OA | 0.00 | FA |
| 8. Personal Clothing | 400.00 | 0.00 | OA | 0.00 | FA |
| 9. Wedding Ring, Class Ring. | 500.00 | 0.00 | OA | 0.00 | FA |
| 10. Term Life Insurance | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Ira - Fidelity | 96,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Comed Pension | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. Claim Against City Colleges Of Chicago For Unpaid Disablity | 0.00 | 0.00 | | 187,000.00 | FA |
| 14. Claim Pending For Ssdi | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. 2000 Mustang 72,000 Miles | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 16. 2003 Ford Sportrac 180,000 Miles | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 17. Computer, Printers, Shreader | 300.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $178,720.00  $920.00  $187,000.00  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had a claim against his former employer for alleged wrongful termination of his employment; debtor filed suit prior to bankruptcy filing being case no. 10 cv 02080; Trustee employed special counsel John Moran and the Moran Law Group to represent him and pursue this matter; case was settled

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-05829  
Case Name: Marnell W Love  
Taxpayer ID No: XX-XXX6893  
For Period Ending: 03/10/2014  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5455  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 13 | City Colleges of Chicago General Disbursement Account 226 West Jackson Boulevard Chicago, IL 60606 | Proceeds of Settlement Settlement of Debtor's claim for wrongful termination of employment | 1149-000 | $187,000.00 | | $187,000.00 |
| 12/19/13 | 1001 | John Thomas Moran and The Moran Law Group 309 West Washington Street Suite 900 Chicago, IL 60606 | Trustee's Attorney's Fees per court order dated 10/23/13 | 3210-000 | | $74,800.00 | $112,200.00 |
| 12/19/13 | 1002 | John Thomas Moran and The Moran Law Group 309 West Washington Street Suite 900 Chicago, IL 60606 | Trustee's Attorney's Unpaid Earned Retainer per Retainer Agreement | 3210-000 | | $2,500.00 | $109,700.00 |
| 12/19/13 | 1003 | John Thomas Moran and The Moran Law Group 309 West Washington Street Suite 900 Chicago, IL 60606 | Trustee's Attorney's Expenses per court order dated 10/23/13 | 3220-000 | | $749.85 | $108,950.15 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $145.64 | $108,804.51 |
| 01/24/14 | 1004 | United States Treasury Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | FEIN: 46-6966893; 2013 Form 1041 | 2810-000 | | $12,985.00 | $95,819.51 |
| 01/24/14 | 1005 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | EIN: 46-6966893; 2013 Form IL-1041-V | 2820-000 | | $3,875.00 | $91,944.51 |
| 02/25/14 | 1006 | Marnell W. Love 2105 South 12th Avenue Maywood, IL 60153 | Debtor Exemption Debtor's wildcard exemption in settlement proceeds | 8100-002 | | $1,880.00 | $90,064.51 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $187,000.00 | $96,935.49 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $187,000.00 | $96,935.49 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $187,000.00   $96,935.49

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $1,880.00 |
| Net | $187,000.00 | $95,055.49 |

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-05829 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Marnell W Love | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5489 |
| | Money Market |
| Taxpayer ID No: XX-XXX6893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/10/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|--:|--:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5455 - Checking | $187,000.00 | $95,055.49 | $90,064.51 |
| XXXXXX5489 - Money Market | $0.00 | $0.00 | $0.00 |
|  | $187,000.00 | $95,055.49 | $90,064.51 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $187,000.00 |
| Total Gross Receipts: | $187,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-05829　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: March 10, 2014
Debtor Name: Marnell W Love
Claims Bar Date: 11/27/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $12,506.00 | $12,506.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $6.12 | $6.12 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $13,650.00 | $13,650.00 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $76.92 | $76.92 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,690.50 | $1,690.50 |
| 1 300 7100 | Old Second National Bank<br>37 S River St<br>Aurora Il 60506 | Unsecured | | $0.00 | $26,801.71 | $26,801.71 |
| 2 300 7100 | Old Second National Bank<br>37 S River St<br>Aurora Il 60506 | Unsecured | | $0.00 | $74,380.05 | $74,380.05 |
| 3 300 7100 | Illinois Bell Telephone Company<br>% At&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One At&T Way, Room 3A104<br>Bedminster, Nj 07921 | Unsecured | | $0.00 | $142.82 | $142.82 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-05829  
Debtor Name: Marnell W Love  
Claims Bar Date: 11/27/2013  

Date: March 10, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | Bellsouth Telecommunications, Inc. % At&T Services, Inc Karen Cavagnaro, Paralegal One At&T Way, Room 3A104 Bedminster, Nj 07921 | Unsecured | | $0.00 | $51.00 | $51.00 |
| 5 300 7100 | American Infosource Lp As Agent For Directv, Llc Mail Station N387 2230 E Imperial Hwy El Segundo, Ca 90245 | Unsecured | | $0.00 | $456.15 | $456.15 |
| 6 300 7100 | Apple Canyon Utility Co 200 Weathersfield Ave Altamonte Springs, Fl 32714 | Unsecured | | $0.00 | $735.60 | $735.60 |
| | Case Totals | | | $0.00 | $130,496.87 | $130,496.87 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-05829
Case Name: Marnell W Love
Trustee Name: STEVEN R. RADTKE

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Old Second National Bank | $ | $ | $ |
| 2 | Old Second National Bank | $ | $ | $ |
| 3 | Illinois Bell Telephone Company | $ | $ | $ |
| 4 | Bellsouth Telecommunications, Inc. | $ | $ | $ |
| 5 | American Infosource Lp As Agent For | $ | $ | $ |
| 6 | Apple Canyon Utility Co | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE