## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
Marnell W Love                      §    Case No. 13-05829
                                    §
          Debtor(s)                 §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

        10:30 a.m. on May 21, 2014
        in Courtroom 742, U.S. Courthouse
        219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                                                         Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Marnell W Love § Case No. 13-05829
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 187,000.00 |
| and approved disbursements of | $ | 96,935.49 |
| leaving a balance on hand of[1] | $ | 90,064.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 12,506.00 | $ 0.00 | $ 12,506.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 6.12 | $ 0.00 | $ 6.12 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 13,650.00 | $ 0.00 | $ 13,650.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 76.92 | $ 0.00 | $ 76.92 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,690.50 | $ 0.00 | $ 1,690.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 27,929.54 |
| Remaining Balance | | $ | 62,134.97 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,567.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Old Second National Bank | $ 26,801.71 | $ 0.00 | $ 16,236.39 |
| 2 | Old Second National Bank | $ 74,380.05 | $ 0.00 | $ 45,059.20 |
| 3 | Illinois Bell Telephone Company | $ 142.82 | $ 0.00 | $ 86.52 |
| 4 | Bellsouth Telecommunications, Inc. | $ 51.00 | $ 0.00 | $ 30.90 |
| 5 | American Infosource Lp As Agent For | $ 456.15 | $ 0.00 | $ 276.33 |
| 6 | Apple Canyon Utility Co | $ 735.60 | $ 0.00 | $ 445.63 |
| | Total to be paid to timely general unsecured creditors | | $ | 62,134.97 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                           Case No. 13-05829-CAD
Marnell W Love                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte            Page 1 of 2             Date Rcvd: Apr 22, 2014
                              Form ID: pdf006           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2014.
```
db        #+Marnell W Love,    2105 S 12th Avenue,    Maywood, IL 60153-3123
20048406    ACS Student Loan,    PO Box7051,    Utica, NY 13504-7051
20048407   #+Alberta Lester-Love,    2105 S 12th Avenue,    Maywood, IL 60153-3123
21235301    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
20048408    +Apple Canyon Property Owners Association,    14A157 Canyon Club Drive,
              Apple River, IL 61001-9576
21271019    +Apple Canyon Utility Co,    200 Weathersfield Ave,    Altamonte Springs, FL 32714-4027
20048409     Apple Canyon Utility Company,    PO Box 11025,    Lewiston, ME 04243-9476
20048410     Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
20048411     Bank of America Line of Credit,    PO Box 15028,    Wilmington, DE 19850-5028
20048413    +Citibank Credit Card,    701 E 60TH ST N,    Sioux Falls, SD 57104-0493
20048412     Citibank Credit Card,    300 St. Paul,    Baltimore, MD 21202
20048415    +Citibank over-Draft Protection,    701 E 60TH ST N,    Sioux Falls, SD 57104-0493
20048416   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: Direct TV,     PO Box 9001069,    Louisville, KY 40290-1069)
20048417    +Dr. Robert James Fink,    Goldcoast Orthopedic,    33 W Delaware, 1st. Fl.,
              Chicago, IL 60610-8175
20048418     HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
20048419    +Jo Daviess County Assessment Office,    330 N. Bench Street,    Galena, IL 61036-1848
20048420     John Moran Law Group,    309 W. Washington, Ste 900,    Chicago, IL 60606-3209
20048421    +Michael T Franz,    Sanchez Daniel and Hoffman,    333 W Wacker, Ste 500,    Chicago, IL 60606-1342
20048422     Midwest Neuropsychiatric Assocs/ The Alb,    c/o The Albert Law Firm,    205 W Randolph St Ste 920,
              Chicago, IL 60606-1814
20048424     Old Second Bank,    37 South River Street,    Aurora, IL 60506-4172
20977955    +Old Second National Bank,    37 S River St,    Aurora IL 60506-4172
20048425    +PNC Bank Mortgage,    3232 Newark Dr,    Miamisburg, OH 45342-5433
20048426     River City Condo Association,    PO Box 66607,    Chicago, IL 60666-0607
20048427    +Rod's Auto Sales,    1119 W ROOSEVELT RD,    Maywood, IL 60153-4045
20048428    +TruGreen,    7650 W. 99th St.,    Hickory Hills, IL 60457-2325
20048429    +Vacation Village at Bona Venture,    401 Racquet Club Road, Bldg 129,
              Fort Lauderdale, FL 33326-1809
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21039698    +E-mail/Text: g17768@att.com Apr 22 2014 23:32:58     BellSouth Telecommunications, Inc.,
              % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
21039621    +E-mail/Text: g17768@att.com Apr 22 2014 23:32:58     Illinois Bell Telephone Company,
              % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
20048423     E-mail/Text: bankrup@aglresources.com Apr 22 2014 23:32:57     NICOR Gas,    PO BOX 0632,
              Aurora, IL 60507-0632
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20048414     Citibank over-Draft Protection
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: arodarte              Page 2 of 2                 Date Rcvd: Apr 22, 2014
                               Form ID: pdf006             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2014 at the address(es) listed below:
              David H Cutler    on behalf of Debtor Marnell W Love cutlerfilings@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                          TOTAL: 4
```