UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Marnell W Love                      §    Case No. 13-05829
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/STEVEN R. RADTKE_____
                                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Marnell W. Love |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | PNC Bank Mortgage 3232 Newark Dr Miamisburg, OH 45342 |  |  |  |  |  |
|  | Rod's Auto Sales 1119 W ROOSEVELT RD Maywood, IL 60153 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vacation Village at Bona Venture 401 Racquet Club Road, Bldg 129 Fort Lauderdale, FL 33326 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| United States Treasury | | | | | |
| Illinois Department of Revenue | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| John Thomas Moran and The Moran Law Group | | | | | |
| John Thomas Moran and The Moran Law Group | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John Thomas Moran and The Moran Law Group | | | | | |
| Popowcer Katten Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS Student Loan PO Box7051 Utica, NY 13504-7051 | | | | | |
| | Apple Canyon Property Owners Association 14A157 Canyon Club Drive Apple River, IL 61001 | | | | | |
| | Apple Canyon Utility Company PO Box 11025 Lewiston, ME 04243-9476 | | | | | |
| | Bank of America Line of Credit PO Box 15028 Wilmington, DE 19850-5028 | | | | | |
| | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Citibank Credit Card | | | | | |
| | Citibank Credit Card 701 E 60TH ST N Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank over-Draft Protection | | | | | |
| | Citibank over-Draft Protection 701 E 60TH ST N Sioux Falls, SD 57104 | | | | | |
| | Direct TV PO Box 9001069 Louisville, KY 40290-1069 | | | | | |
| | Dr. Robert James Fink?? Goldcoast Orthopedic?? 33 W Delaware, 1st. Fl.?? Chicago, IL 60610 | | | | | |
| | HSBC Card Services PO Box 17051 Baltimore, MD 21297-1051 | | | | | |
| | Jo Daviess County Assessment Office 330 N. Bench Street Galena, IL 61036 | | | | | |
| | John Moran Law Group 309 W. Washington, Ste 900 Chicago, IL 60606-3209 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Neuropsychiatric Assocs/ The Alb c/o The Albert Law Firm 205 W Randolph St Ste 920 Chicago, IL 60606-1814 | | | | | |
| | NICOR Gas PO BOX 0632 Aurora, IL 60507-0632 | | | | | |
| | Old Second Bank 37 South River Street Aurora, IL 60506-4172 | | | | | |
| | Old Second Bank 37 South River Street Aurora, IL 60506-4172 | | | | | |
| | River City Condo Association PO Box 66607 Chicago, IL 60666-0607 | | | | | |
| | River City Condo Association PO Box 66607 Chicago, IL 60666-0607 | | | | | |
| | TruGreen 7650 W. 99th St. Hickory Hills, IL 60457 | | | | | |
| 5 | American Infosource Lp As Agent For | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Apple Canyon Utility Co | | | | | |
| 4 | Bellsouth Telecommunications, Inc. | | | | | |
| 3 | Illinois Bell Telephone Company | | | | | |
| 1 | Old Second National Bank | | | | | |
| 2 | Old Second National Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-05829 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Marnell W Love | | | | Date Filed (f) or Converted (c): | 02/15/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/08/2013 |
| For Period Ending: | 08/29/2014 | | | | Claims Bar Date: | 11/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence - 2105 S 12Th Avenue, Maywood Illino | 70,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Abandoned Timeshare (Pursuant To 2005 Divorce Decress Proper | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Checking - Pnc Bank | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Checking - Citibank | 350.00 | 0.00 | OA | 0.00 | FA |
| 5. Checking - Citibank (Titled In Love To Help Accounting, Inc) | 150.00 | 0.00 | OA | 0.00 | FA |
| 6. Savings - Regents Bank | 20.00 | 0.00 | OA | 0.00 | FA |
| 7. Personal Possessions In Home | 2,000.00 | 920.00 | OA | 0.00 | FA |
| 8. Personal Clothing | 400.00 | 0.00 | OA | 0.00 | FA |
| 9. Wedding Ring, Class Ring. | 500.00 | 0.00 | OA | 0.00 | FA |
| 10. Term Life Insurance | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Ira - Fidelity | 96,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Comed Pension | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. Claim Against City Colleges Of Chicago For Unpaid Disablity | 0.00 | 0.00 | | 187,000.00 | FA |
| 14. Claim Pending For Ssdi | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. 2000 Mustang 72,000 Miles | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 16. 2003 Ford Sportrac 180,000 Miles | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 17. Computer, Printers, Shreader | 300.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $178,720.00 $920.00 $187,000.00 $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Debtor had a claim against his former employer for alleged wrongful termination of his employment; debtor filed suit prior to bankruptcy filing being Case No. 10 CV 02080; Trustee employed special counsel John Moran and the Moran Law Group to represent him and pursue this matter; case was settled for $187,000 and special counsel was paid; TFR was filed and distribution to creditors made; as of 6/30/14 three checks had not cleared (last checks cleared 7/16/14 and TFA will be filed once final bank statement received)

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |     | | |
|---|---|---|---|---|
| Case No: | 13-05829 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Marnell W Love | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5455 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX6893 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/29/2014 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 13 | City Colleges of Chicago<br>General Disbursement Account<br>226 West Jackson Boulevard<br>Chicago, IL 60606 | Proceeds of Settlement<br>Settlement of Debtor's claim for wrongful termination of employment | 1149-000 | $187,000.00 | | $187,000.00 |
| 12/19/13 | 1001 | John Thomas Moran and The Moran Law Group<br>309 West Washington Street<br>Suite 900<br>Chicago, IL 60606 | Trustee's Attorney's Fees per court order dated 10/23/13 | 3210-000 | | $74,800.00 | $112,200.00 |
| 12/19/13 | 1002 | John Thomas Moran and The Moran Law Group<br>309 West Washington Street<br>Suite 900<br>Chicago, IL 60606 | Trustee's Attorney's Unpaid Earned Retainer per Retainer Agreement | 3210-000 | | $2,500.00 | $109,700.00 |
| 12/19/13 | 1003 | John Thomas Moran and The Moran Law Group<br>309 West Washington Street<br>Suite 900<br>Chicago, IL 60606 | Trustee's Attorney's Expenses per court order dated 10/23/13 | 3220-000 | | $749.85 | $108,950.15 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $145.64 | $108,804.51 |
| 01/24/14 | 1004 | United States Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | FEIN: 46-6966893; 2013 Form 1041 | 2810-000 | | $12,985.00 | $95,819.51 |
| 01/24/14 | 1005 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | EIN: 46-6966893; 2013 Form IL-1041-V | 2820-000 | | $3,875.00 | $91,944.51 |
| 02/25/14 | 1006 | Marnell W. Love<br>2105 South 12th Avenue<br>Maywood, IL 60153 | Debtor Exemption<br>Debtor's wildcard exemption in settlement proceeds | 8100-002 | | $1,880.00 | $90,064.51 |
| 05/29/14 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $12,506.00 | $77,558.51 |

Page Subtotals:  $187,000.00  $109,441.49

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-05829 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Marnell W Love | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX5455 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6893 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/29/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/14 | 1008 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $6.12 | $77,552.39 |
| 05/29/14 | 1009 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $13,650.00 | $63,902.39 |
| 05/29/14 | 1010 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $76.92 | $63,825.47 |
| 05/29/14 | 1011 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,690.50 | $62,134.97 |
| 05/29/14 | 1012 | Old Second National Bank<br>37 S River St<br>Aurora Il 60506 | Final distribution to claim 1 representing a payment of 60.58 % per court order. | 7100-000 | | $16,236.39 | $45,898.58 |
| 05/29/14 | 1013 | Old Second National Bank<br>37 S River St<br>Aurora Il 60506 | Final distribution to claim 2 representing a payment of 60.58 % per court order. | 7100-000 | | $45,059.20 | $839.38 |
| 05/29/14 | 1014 | Illinois Bell Telephone Company<br>% At&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One At&T Way, Room 3A104<br>Bedminster, Nj 07921 | Final distribution to claim 3 representing a payment of 60.58 % per court order. | 7100-000 | | $86.52 | $752.86 |
| 05/29/14 | 1015 | Bellsouth Telecommunications, Inc.<br>% At&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One At&T Way, Room 3A104<br>Bedminster, Nj 07921 | Final distribution to claim 4 representing a payment of 60.58 % per court order. | 7100-000 | | $30.90 | $721.96 |
| | | | Page Subtotals: | | $0.00 | $76,836.55 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-05829
Case Name: Marnell W Love
Taxpayer ID No: XX-XXX6893
For Period Ending: 08/29/2014

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5455
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/14 | 1016 | American Infosource Lp As Agent For Directv, Llc<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, Ca 90245 | Final distribution to claim 5 representing a payment of 60.58 % per court order. | 7100-000 | | $276.33 | $445.63 |
| 05/29/14 | 1017 | Apple Canyon Utility Co<br>200 Weathersfield Ave<br>Altamonte Springs, Fl 32714 | Final distribution to claim 6 representing a payment of 60.58 % per court order. | 7100-000 | | $445.63 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $187,000.00 | $187,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $187,000.00 | $187,000.00 |
| Less: Payments to Debtors | $0.00 | $1,880.00 |
| Net | $187,000.00 | $185,120.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Page Subtotals: $0.00    $721.96

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-05829 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Marnell W Love | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5489 |
| | Money Market |
| Taxpayer ID No: XX-XXX6893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/29/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page Subtotals: $0.00  $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5455 - Checking | $187,000.00 | $185,120.00 | $0.00 |
| XXXXXX5489 - Money Market | $0.00 | $0.00 | $0.00 |
|  | $187,000.00 | $185,120.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $187,000.00 |
| Total Gross Receipts: | $187,000.00 |

Page Subtotals: $0.00 $0.00